E-FILED
Tuesday, 08 May, 2018 02:56:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cr-30080 |
| | ) | |
| ERIC ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL FORFEITURE MONEY JUDGMENT

**BEFORE U.S. DISTRICT JUDGE SUE MYERSCOUGH:**

THE COURT HEREBY ENTERS a money judgment of forfeiture against Defendant Eric Andrews, and in favor of the United States, in the amount of $13,363,665.18, which represents the amount of loss to Defendant's victims/the proceeds of Defendant's illegal activities.   This amount is owed jointly and severally with co-Defendants Joel Andrews and Michael Keebler.

As the Court ruled in the hearing on May 7, 2018, the Government's Petition (d/e 309) is GRANTED in part and DENIED in part.   The Court GRANTS the Government's request for a final judgment of restitution but DENIES the amount requested.   The

money judgment issued in Paragraph B of the Final Order of

Forfeiture and Money Judgment (d/e 302) is VACATED.

ENTER:   May 7, 2018

*s/ Judge Sue E. Myerscough*

_____

UNITED STATES DISTRICT JUDGE